IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX HUERTA SUNIGA, | 1:09-cv-132 OWW-DLB (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION |
| vs. | |
| JAMES D. HARTLEY, | (DOCUMENT #13) |
| Respondent. | |

On April 7, 2009, respondent filed a motion to extend time to file a response to the petition for writ of habeas corpus. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent shall file a response to the petition for writ of habeas corpus on or before May 7, 2009.

IT IS SO ORDERED.

Dated: **April 13, 2009**         **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE