# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX HUERTA SUNIGA, | 1:09-cv-00132-OWW-DLB (HC) |
| Petitioner, | ORDER DIRECTING RESPONDENT TO SUBMIT COMPLETE COPY OF TRANSCRIPT FROM OCTOBER 24, 2006, BOARD OF PAROLE HEARING |
| v. | |
| JAMES D. HARTLEY, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 7, 2009, Respondent filed an answer to the instant petition; however, Respondent neglected to submit a complete copy of the transcript from the October 24, 2006, Board of Parole Hearings-which is at issue in the instant petition. The Court cannot conduct a proper review of the merits of the instant petition without a copy a complete copy of the transcript. Accordingly, it is HEREBY ORDERED that within **twenty (20)** days from the date of service of this order, Respondent shall submit a complete copy of the October 24, 2006, Board of Parole Hearings' transcript.

IT IS SO ORDERED.

Dated:   **May 11, 2009**                    **/s/ Dennis L. Beck**
                                             UNITED STATES MAGISTRATE JUDGE

1